UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

WILLIE WRIGHT,

    Plaintiff,

vs.

CASE NO.: 5:18-CV-319-OC-30PRL

UNITED OF OMAHA LIFE
INSURANCE COMPANY,

    Defendant.

_____/

### COMPLAINT

COMES NOW the Plaintiff, WILLIE WRIGHT, ("Wright"), by and through the undersigned attorney, and sues the Defendant, UNITED OF OMAHA LIFE INSURANCE COMPANY ("UNITED") and alleges as follows:

### GENERAL ALLEGATIONS

1.    This is an action for relief under the Employee Retirement Income Security Act ("ERISA"), as amended, 29 U.S.C. §§1001, et seq.

2.    This Court has jurisdiction pursuant to 29 U.S.C. §1132(e).

3.    This Court has venue pursuant to 29 U.S.C. §1132(e). In particular, in ERISA actions, venue is proper where the performance of a Plan(s) terms was to take place. Benefits here were to be paid at Wright's home address in Sorrento, Florida. See Exhibit "A" attached hereto.

4.    Wright is and/or was a participant in each of the plans, funds, programs or arrangements described herein.

5. Wright was an employee of CORY FAIRBANKS MAZDA ("MAZDA" or "Employer") and as such he was insured through certain group disability policies issued to MAZDA by UNITED.

6. The Employer is the Plan Sponsor and Plan Administrator of the employee welfare benefit plans providing short term disability ("STD") and long term disability ("LTD") benefits.

7. The "Plans" are welfare benefit plans established under ERISA to provide STD and LTD benefits to those participants who satisfy the terms and conditions of the Plans to receive such benefits.

8. A copy of what purports to be certain Plan documents for the STD and LTD Plans are attached hereto as Exhibits B and C respectively.

9. UNITED is the claims administrator, it makes the "full and fair" final review of claims and it insures the payment of benefits under the Plans.

10. UNITED denied and/or terminated Wright's claims finding that he was not disabled under the terms of the Plans. UNITED's last denial letter for the STD claim is dated July 13, 2017. Moreover, the last denial letter for the LTD claim is dated May 30, 2018.

11. With respect to the claims made herein, Wright has exhausted his administrative remedies and/or exhaustion has been excused or is waived.

### COUNT I
### (Action for Plan Benefits 29 U.S.C. §1132(a)(1)(B))

Wright incorporates the allegations contained in paragraphs 1 through 11 above, and further states:

12. The Plans provided for the payment of STD and LTD benefits in the event Wright became disabled as defined in the Plans. The Plans also provided for the continuation of other benefits in the event of disability. The other benefits are described with particularity in the applicable plan documents for those plans.

13. Wright was and is disabled as defined by the STD and LTD Plans at all times material hereto.

14. Wright made claims for STD and LTD Plan benefits. Said claims for benefits were terminated or denied.

15. Wright is entitled to STD and LTD Plan benefits.

16. UNITED has failed and refused to pay Wright sums due pursuant to the terms of the STD and LTD Plans, breaching the terms of said Plans.

17. Because of the failure to pay benefits pursuant to the terms of the STD and LTD Plans, Wright has been forced to retain the undersigned attorneys and is obligated to pay them a reasonable attorney's fee. Wright is entitled to recover attorney's fees as authorized by 29 U.S.C. §1132(g).

WHEREFORE, Plaintiff, Wright, prays for relief from Defendant, UNITED for the payment of disability benefits, reinstatement to all other benefits, including the waiver of premiums as if benefits had never been terminated or denied, plus attorney's fees and costs and any other such further relief as the Court deems proper.

Date: 6/21/18

Gregory D. Swartwood, Esquire
Florida Bar No. 858625
The Nation Law Firm, LLP
570 Crown Oak Centre Drive
Longwood, FL 32750

          Telephone:  (407) 339-1104
          Facsimile:  (407) 339-1118
          E-Mail:  gswartwood@nationlaw.com
          Attorneys for Plaintiff